UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oscar Jonathan SANTOS AVELAR,<br><br>                        Petitioner,<br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>                        Respondent. | Case No.: 26-cv-0891-AGS-JLB<br><br>**ORDER DISMISSING HABEAS PETITION (ECF 1) FOR FAILURE TO NAME PROPER RESPONDENT** |

    Unrepresented petitioner Oscar Santos Avelar seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. But this Court lacks "jurisdiction" over his petition because he did not name "the proper respondent"—"the warden of the facility where [he] is being held." *See Rumsfeld v. Padilla*, 542 U.S. 426, 434–35 (2004); *see also* 28 U.S.C. § 2242 ("Application for a writ of habeas corpus . . . shall allege the facts concerning the applicant's commitment or detention, *the name of the person who has custody over him* and by virtue of what claim or authority, if known." (emphasis added)). So, his petition must be dismissed. If Santos Avelar chooses to file an amended petition naming the proper respondent—the warden of his detention facility—he must do so by **March 20, 2026**.

Dated: February 18, 2026

                                                          Hon. Andrew G. Schopler
                                                          United States District Judge