UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Oscar Jonathan SANTOS AVELAR,

Petitioner,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

Respondents.

Case No.:  26-cv-0891-AGS-JLB

**ORDER GRANTING AMENDED HABEAS PETITION (ECF 4) AND ORDERING RELEASE**

Petitioner Oscar Santos Avelar seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. Respondents concede that "Petitioner is entitled to be released from custody" (ECF 6, at 2), so this petition is **GRANTED**. All pending deadlines and hearings are vacated.

Respondents must immediately release the petitioner from custody. The Clerk's Office is directed to issue a judgment and close this case.

Dated:  April 7, 2026

_____
Hon. Andrew G. Schopler
United States District Judge

1

26-cv-0891-AGS-JLB